IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JIMMIE LEE JOSHUA, JR.,

    Plaintiff,

v.

LT. DUNAHAY, et al.

    Defendants.

ORDER

Case No. 24-cv-536-wmc

    Plaintiff Jimmie Lee Joshua, Jr., a prisoner in the custody of the Wisconsin Department of Corrections, has submitted a proposed civil action. Plaintiff has filed a certified copy of a trust fund account statement in support of the motion for leave to proceed without prepaying the fee. After considering the motion and supporting documentation, the court concludes that plaintiff does not qualify for indigent status.

    In determining whether to allow a prisoner to proceed without prepayment, this court uses the formula set forth in 28 U.S.C. § 1915(b)(1). Using information for the relevant time period from plaintiff's trust fund account statement, I find that plaintiff does not qualify as indigent and must prepay the $405 fee for commencing this action.

ORDER

    IT IS ORDERED that:

    Plaintiff Jimmie Lee Joshua, Jr.'s motion to proceed without prepayment of the filing fee, Dkt. 2, is DENIED.

2

If by August 30, 2024, plaintiff fails to pay the $405 filing fee or show cause for failure to do so, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice to plaintiff filing this case at a later date.

Entered this 8th day of August, 2024.

BY THE COURT:

/s/
ANDREW WISEMAN
Magistrate Judge